FILED
CLERK, U.S. DISTRICT COURT
JAN - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARK STEFFEN

Defendant.

Case No.: CR 08-1157-MWF-2

ORDER OF DETENTION

[Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on failure to report for testing; failure to respond to Probation's attempts to contact him; failure to obtain mental health evaluation

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: ______________________________

______________________________

______________________________

______________________________

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 8, 2013

ALICIA G. ROSENBERG
United States Magistrate Judge